FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. Sec. 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
___Pine Bluff___ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 18 2010

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

___Tommy R. Elps___

ADC # __144914__

_____

(Enter above the full name of the
plaintiff, or plaintiffs, in this
action.)

V.

CASE NO __5:10CV00302 JLH/BD__

___Clinton Armstrong, Dermott Treatment unit___
___Michael Porter (Michael SE(O)), Dermott Treatment unit___
___Mr. Mitchell, et al___

(Enter above the full name of
defendant or defendants, in
this action.)

This case assigned to District Judge __Holmes__
and to Magistrate Judge __Deere__

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes _____ No __✓__

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this lawsuit

         Plaintiffs: _____

         _____

         Defendants: _____

         _____

      2. Court (if federal court, name the district; if state court, name the county: _____

         _____

-1-

3. Docket Number: _____

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed was it appealed? Is it still pending?): _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of present Confinement: *East Arkansas Regional Maximum Security Unit*

III. There is a prisoner grievance procedure in the Arkansas Department of Correction. **Failure to complete the grievance procedure may affect your case in federal court.**

    A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _____ No _____

    B. If your answer is YES, Attach copies evidencing completion of **the final step of the grievance appeal procedure**. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT **IN THE DISMISSAL OF YOUR COMPLAINT**.

    C. If your answer is NO, explain why not: _____

IV. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of plaintiff: *Tommy R. Elps*
       Address: *East AR. Regional Max unit - ADC P.O Box 180 Brickeys, AR. 72320-0180*

       Name of plaintiff: _____
       Address: _____
       Name of plaintiff: _____
       Address: _____

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: Mr. Michaelangelo (Michael Porter)
Position: Team Assistant
Place of employment: Dermott Treatment Unit (18-21 Prgrm)
Address: 878 East Gaines Street, Dermott, AR. 71638

Defendant: Mr. Clinton Armstrong
Position: Team Assistant
Place of employment: Dermott Treatment Unit (18-21 Prgrm.)
Address: 878 East Gaines Street, Dermott, AR. 71638

Defendant: Mr. Mitchell
Position: Team Assitant
Place of employment: Dermott Treatment Unit (18-21 Prgrm.)
Address: 878 East Gaines Street, Dermott, AR. 71638

Defendant: John Doe #1
Position: Team Assistant
Place of employment: Dermott Treatment Unit (18-21 Prgrm.)
Address: 878 East Gaines Street, Dermott, AR. 71638

Defendant: John Doe #2
Position: Team Assistant
Place of employment: Dermott Treatment Unit (18-21 Prgrm.)
Address: 878 East Gaines Street, Dermott, AR. 71638

Defendant: John Doe #3
Position: Team Assistant
Place of Employment: Dermott Treatment Unit (18-21 Prgrm.)
Address: 878 East Gaines Street, Dermott, AR. 71638

V. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

REFER to Attachment on other PAGE.

VI. Relief

State briefly exactly what YOU want the court to do for YOU. Make no legal arguments. Cite no cases or statutes.

Compensatory damages in the Amount of $500,000.00 against each defendant jointly, and severally.
Punitive damages in the Amount of $50,000.00 against each defendant.
* A Jury Trial on all Triable Issues by Jury.
Plaintiff's costs of Suit
Any additional Relief this Court deems Just and Proper and Equitable.

I declare under penalty of perjury (18 U. S. C. § 1621 that the foregoing is true and correct.

Executed on this _12_ day of _October_, 20_10_.

_Tommy Ray Elps Junior_
_____
Signature(s) of plaintiff(s)

## Complaint

In November, 2007, I Tommy Elps, was incarcerated in a Juvenile Correctional Facility in Dermott, Arkansas known as the "Dermott Treatment Unit (18-21 yr. old Program)" for serious offenders. One day in November of 2007 I was ironing my clothes and a "Team Assistant" by the name of Michael (angelo) Porter started cursing at me and using vulgar profanity in an aggressive tone. Myself and the staff member (Porter) was joking around when I raised the iron in an act to allegedly burn him when he came towards me. We were joking prior to the raising of the iron then when he came towards me in a menacing manner I felt scared and raised the iron in an attempt to halt the staff member. When I passed away and picked up a pencil from the cup and I motioned for him to get back or I'll stab him. Mr. Porter called for assistance and when they arrived they dragged me to my cell. Upon entering my cell the defendants threw me against my bed. At that time a Team Assistant (unknown at this time - John Doe #1) picked me up off of my bed, and slammed me onto the floor. I "blacked-out" and went unconscious. When I awakened I was in the hallway sitting in a metal fold-out chair with the door propped open and misty-rain air was hitting my body. My clothes were covered in (Red) which was my blood. They (defendants) called the "Paramedics" due to a head injury. The Dermott Treatment Unit refused me a ride in the Paramedics (Ambulance). After 1 1/2 of negotiations they (defendants) decided to transfer me to the "Emergency

Room", In McGhee, Arkansas. Once there they gave me a shot in the head, and they put "Butterfly-stitches" on the wound, and sent me back to the Dermott Treatment Unit. After a while Dermott Treatment Unit started taking me to "Dr. Carolyn Vosler's Family Practice in Dermott, AR. While the She told me, the hospital did not treat me medically right and they should have given me stitches (thread) or staples. Dr. Vosler X-rayed me and she determined that I had a Double Concussion with slight/Temporary Amnesia and I should Sue the Institution (emphasis minded-throughout).

After this incident the Treatment Unit of Dermott, by Court order, released me to my Mama's Custody approximately 2-4 weeks later. Back-up was called for Assistance where the following in Both Official and Personal Capacities: Mr. Mitchell (Team Assistant), Mr. Michael (Angelo) Parker (Team Assistant), Mr. Clinton Armstrong (Team Assistant), Mr. Jackie Lewis (Program Coordinator), Mr. John Doe #1 (Team Leader), Mr. John Doe #2 (Team Assistant), Mr. John Doe #3 (Team Assistant), Mr. John Doe #4 (Team Assistant), Mr. John Doe #5 (Team Assistant). <u>Refer to Next Page</u>

## DEFENDANTS

1.) Defendant, Jackie Lewis Is the Program Coordinator of the Dermott Treatment Unit (Is a/Prison). He is legally Co-Responsible for the Operation of Dermott Treatment Unit and for the welfare of all the Inmates of the Dermott Treatment Unit.

2.) Defendant, Mr. Mitchell Is a Juvenile Correctional Officer of the Dermott Treatment Unit owned by Mr. Jerry Walsh, CEO who,

## Upon Information and Belief from Staff

Upon Information and Belief staff member Mr. Mitchell and Jackie Lewis told various staff that I was assaulted and physically injured.

Upon Information and Belief Mr. Jackie Lewis (Program Coordinator) informed the staff to wait for awhile to see if I still needed to go to the Hospital which was later decided after 1½ hr.

Upon Information and Belief Mr. Porter (Team Assistant) told the staff ~~that~~ he had to slam me up against the bed for him getting foul mouthed with me.

at all times mentioned in this complaint, held the rank of Team Assistant and was assigned to Dermott Treatment Unit (18-21 room).

3) Mr. Michael "Angelo" Porter (Defendant), is a Juvenile Correctional Officer who was employed at the Dermott Treatment Unit and at all times mentioned in this complaint, held the rank of Team Assistant and was assigned to Dermott Treatment Unit.

4) Defendant, Mr. Clinton Armstrong, is a Juvenile Correctional Officer of the Dermott Treatment Unit and was at all times mentioned in this complaint held the Rank of Team Assistant and was assigned to Dermott Treatment Unit.

5) Defendants John Doe's #1-5 were Juvenile Correctional Officers of the Dermott Treatment Unit and was at all times mentioned in this complaint held the Ranks of John Doe #1 Team Leader and John Does #2-5 Team Assistants and was assigned to Dermott Treatment Unit.

6) Each Defendant is sued individually and in his official and/or personal capacities. At all times mentioned in this complaint each defendant acted under the color of State Law.

LEGAL Exhaustion of Remedies

7) Plaintiff, Tommy R. Elps did not use the Juvenile Grievance Process available at the Dermott Treatment Unit to try

and Solve the Problem. On the next day after incident Plaintiff Tommy R. Elps presented the facts to the Director Larry Sacobs relating to this Complaint. Plaintiff informs the Court that he was unable to fully Exhaust the Process because Shortly after the incident I was released ~~releas~~ to the House of my mother Per Court order.

## Legal Claims

8.) Plaintiffs Reallege and Incorporate by reference Paragraphs 1-8.

9.) The Beatings, unsafe Conditions, and Excessive use of force violated Plaintiff Tommy R. Elps' rights and Constituted Cruel and unusual Punishment under the Eighth Amendment to the U.S. Constitution.

10.) The Plaintiff has no Plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be Irreparably injured by the Conduct of the defendants unless this Court grants the declaratory and Injunctive relief which Plaintiff seeks.

## PRAYER FOR Relief

WHEREFORE, Plaintiff respectfully prays that this Court enter Judgment granting Plaintiffs:

11.) A Declaration that the facts and omissions described herein violated Plaintiff's Rights under the Constitution and Laws of the United States.

12.) A Preliminary and Permanent Injunction ordering defendants to "cease excessive use of force on Juveniles and violating Policy.

13.) Compensatory damages In the Amount of $~~50000~~ each defendant, Jointly and Severally.

14.) Punitive damages In the amount of $50,000 against each defendant.

15.) A Jury Trial on all Issues triable by Jury.

16.) Plaintiff's Costs In this Suit.

17.) Any additional relief this Court deems Just, Proper, and Equitable.

Dated: 10-13-2010

Respectfully Submitted,

Tommy R. Elps
TOMMY R. ELPS.

## Verification

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, except as to the matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Brickeys, Arkansas, 72320 on 10-13-2010

Tommy R. Elks
Plaintiff, Tommy R. Elks.