**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TOMMY R. ELPS
ADC # 144914                                                                                                    PLAINTIFFS

v.                                       CASE NO. 5:10CV00302 JLH/BD

CLINTON ARMSTRONG, *et al.*                                                                      DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against Defendants Armstrong and Mitchell are DISMISSED without prejudice, and they are dismissed as party Defendants in this case.

IT IS SO ORDERED this 29th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE