# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

TOMMY R. ELPS                                                                                      PLAINTIFF
ADC # 144914

v.                                CASE NO. 5:10CV00302 JLH/BD

CLINTON ARMSTRONG, *et al*.                                                          DEFENDANTS

## ORDER

Plaintiff Tommy R. Elps, an Arkansas Department of Correction inmate, filed this lawsuit pro se under 42 U.S.C. § 1983. After screening the complaint, the Court ordered that each of the named Defendants be served. To date, however, only Defendant Leon Ester has been served.

Mr. Elps has moved to voluntarily dismiss Defendants Armstrong, Mitchell, Lewis, Porter, and Williams because he has been unable to serve them. For good cause, the motion is granted, and Mr. Elps's claims against Defendants Armstrong, Mitchell, Lewis, Porter and Williams are DISMISSED, without prejudice. Document #37.

IT IS SO ORDERED this 16th day of March, 2011.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE