## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TOMMY R. ELPS,                                                                                        PLAINTIFF
ADC #144914

v.                                   NO. 5:10CV00302-JLH-BD

CLINTON ARMSTRONG, *et al.*                                                         DEFENDANTS

### ORDER

Tommy R. Elps has filed a motion for extension of time within which to file objections to the recommended disposition submitted by United States Magistrate Judge Beth Deere on June 13, 2011. The motion is GRANTED. Document #64. The time within which Elps must submit his objections is extended up to and including July 15, 2011.

IT IS SO ORDERED this 28th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE