IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY R. ELPS,                                                                                PLAINTIFF
ADC #144914

v.                                    NO. 5:10CV00302 JLH-BD

CLINTON ARMSTRONG, *et al.*                                                      DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition from Magistrate Judge Beth Deere and Mr. Elps's objections to the recommendation. After reviewing the record *de novo*, the Court approves and adopts Judge Deere's findings in all respects.

A default judgment against Mr. Ester will be entered in the amount of zero dollars.

IT IS SO ORDERED this 1st day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE