**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TOMMY R. ELPS,                                                                                    PLAINTIFF
ADC #144914

v.                                          NO. 5:10CV00302 JLH-BD

CLINTON ARMSTRONG, *et al.*                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that a default judgment in the amount of zero dollars is entered against Defendant Leon Ester.

IT IS SO ORDERED this 1st day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE